**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LIVIA GUILLERMETY, GLENN D.
EDGMON, and FIORE BOTTA,

        Plaintiffs,

v.

SECRETARY OF EDUCATION OF
THE UNITED STATES and the SECRETARY
OF TREASURY OF THE UNITED STATES,

        Defendant.
_____ /

Case Number: 01-74904

JUDGE PAUL D. BORMAN
MAG. JUDGE STEVEN D. PEPE
UNITED STATES DISTRICT COURT

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PLAINTIFF EDGMON'S MOTION FOR ATTORNEY FEES

Before the Court is Magistrate Judge Pepe's Report and Recommendation (Docket No. 87, April 8, 2005) in favor of denying Plaintiff Edgmon's Motion for Attorney Fees. Plaintiff filed objections to the Report and Recommendation on April 18, 2005, but withdrew those objection on December 16, 2005. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation denying Plaintiff Edgmon's Motion for Attorney Fees.

    **SO ORDERED.**

                      s/Paul D. Borman
                      PAUL D. BORMAN
                      UNITED STATES DISTRICT JUDGE

Dated: February 9, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 9, 2006.

                      s/Jonie Parker
                      Case Manager